IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED
JUN 2 7 2011
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
JUN 2 7 2011
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA §
§
§
VS. § CRIMINAL NO. B-11-221
§
§
Jose Rene Perez-Cespedes §

**ORDER**

BE IT REMEMBERED on this 27 day of June, 20 11, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed March 16, 2011, wherein the defendant Jose Rene Perez-Cespedes waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jose Rene Perez-Cespedes to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the Defendant Jose Rene Perez-Cespedes guilty of the offense of alien unlawfully being present in the United States after having been convicted of an aggravated felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b).

SIGNED this the 27 day of June, 20 11.

Hilda G. Tagle
United States District Judge